TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00183-CV

In re Tonya Aldridge, Relator

HABEAS CORPUS PROCEEDING FROM BASTROP COUNTY

PER CURIAM

 Tonya Aldridge filed this petition for writ of habeas corpus after being detained for
failure to abide by a court order. This Court reduced her bond, after which she was released on
bond pending her appearance at a trial court hearing. The real party in interest has represented
to this Court that relator appeared at the hearing and that the bond has been rescinded. Aldridge's
freedom therefore is not restrained. Aldridge has not responded to the real party's representations.

 Based on these representations and the record before us, we conclude that this
petition for writ of habeas corpus is now moot. We dismiss this cause.

Before Chief Justice Aboussie, Justices Kidd and Yeakel

Dismissed as Moot

Filed: July 15, 1999

Do Not Publish